IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:23-cr-87-TBM-RPM

CHRISTOPHER CHESTER

### ORDER GRANTING MOTION TO DISMISS ORIGINAL INDICTMENT AND CASE

On motion of the United States Attorney pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the original Indictment and case in Criminal No. 1:23-cr-87-TBM-RPM against the defendant, Christopher Chester, the Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the original Indictment and case in Criminal No. 1:23-cr-87-TBM-RPM against the defendant, Christopher Chester, is hereby dismissed without prejudice.

THIS, the 16th day of August, 2023.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE